500 A.2d 417

**COMMONWEALTH of Pennsylvania, Petitioner,**

**v.**

**Timothy KNUPP.**

Supreme Court of Pennsylvania.

Nov. 12, 1985.

Petition for Allowance of Appeal GRANTED, No. 99 W.D. Appeal Docket 1985.